**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**


JOAN THOMPSON


       Plaintiff,              CASE NO. 15-11167
                                DISTRICT JUDGE GERSHWIN A. DRAIN
v.                              MAGISTRATE ANTHONY P. PATTI

CITY OF ST. CLAIR SHORES et. al.,

       Defendant.
_____/

**NOTICE OF SETTLEMENT CONFERENCE**

      You are hereby notified to appear in the above captioned matter for the scheduled Settlement Conference, before the Honorable Anthony P. Patti on following date and time.


| DATE | TIME | LOCATION |
|:---:|:---:|:---:|
| **October 4, 2016** | **10:00 AM** | **Chambers 629**<br>**231 W. Lafayette Blvd.**<br>**Detroit, MI 48226** |


**All parties with settlement authority are required to be present.**

Parties are instructed and **required** to comply with the undersigned judicial officer's Practice Guidelines for Settlement Conferences, which are available at http://www.mied.uscourts.gov. **Submission of Settlement Statements that do not comply with practice guidelines will be rejected accordingly**.


Dated: August 24, 2015            s/Anthony P. Patti_____
                              ANTHONY P. PATTI
                              UNITED STATES MAGISTRATE JUDGE

## <u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that a copy of the foregoing document was sent to parties of record on August 24, 2015, electronically and/or by U.S. Mail.

s/ Michael Williams
Case Manager to the
Honorable Anthony P. Patti